UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

University Travel Services Inc.,

Plaintiff,

vs.

Discover Financial Services, Inc.,

Defendant.

Civil No. 01-CV-751 (PAM/SRN)

**SECOND STIPULATION TO ORDER EXTENDING TIME TO ANSWER COMPLAINT** and ORDER

The parties, through their undersigned counsel, hereby stipulate that the Court may enter the attached order without further notice or a hearing.

Dated: May 14, 2001

WALDRON LAW OFFICES, LTD.

John B. Waldron
1951 Concordia Street
Wayzata, MN 55391-9320
(952) 471-0940

Attorney for Plaintiff

Dated: May 14, 2001

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

Attorneys for Defendant

M2:20387136.01

MAY 16 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

University Travel Services Inc.,

Plaintiff,

vs.

Discover Financial Services, Inc.,

Defendant.

Civil No. 01-CV-751 (PAM/SRN)

**SECOND ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This matter came before the Court on the parties' stipulation to an order under Fed. R. Civ. P. 15 extending the time for the defendant to answer the Complaint in this action. Based on the parties' stipulation,

IT IS HEREBY ORDERED that the motion is GRANTED. The defendant shall have until May 21, 2001 to answer the Complaint.

SO ORDERED.

Dated: May 15, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
UNITED STATES MAGISTRATE JUDGE

No further extensions will be granted.

M2:20387136.01