**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

University Travel Services,

Plaintiff,

vs.

Discover Financial Services, Inc.,

Defendant.

Civil No. 01-751 PAM/SRN

**STIPULATION AND ORDER TO EXTEND THE DISCOVERY PERIOD**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant, that the July 5, 2001, Pretrial Order of the Court be amended as follows:

1. The period during which the parties may conduct discovery shall terminate on December 31, 2001.

2. All non-dispositive Motions shall be filed and the Hearing thereon completed by December 31, 2001.

All other aspects of the Pretrial Order remain unchanged.

Dated: October 24, 2001

**FAEGRE & BENSON LLP**

By [signature]

Charles F. Webber (# 215247)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

Attorneys for Defendant Discover Financial Services, Inc.

NOV 0 1 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 31, 2001

**WALDRON LAW OFFICE**

By________________________
John B. Waldron (#122671)
1951 Concordia Street
Suite 103
Wayzata, MN 55391-9320
Telephone: (952) 471-0940

Attorneys for Plaintiff University Travel Services

**ORDER**

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: ____________, 2001

________________________
SUSAN RICHARD NELSON
United States Magistrate Judge

M2:20417977.01

Dated: October 31, 2001

WALDRON LAW OFFICE

By ______________________
John B. Waldron (#122671)
1951 Concordia Street
Suite 103
Wayzata, MN 55391-9320
Telephone: (952) 471-0940

Attorneys for Plaintiff University Travel Services

**ORDER**

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: 10/31, 2001

______________________
SUSAN RICHARD NELSON
United States Magistrate Judge
No further extensions will be granted.

M2:20417977.01