**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

University Travel Services,

Plaintiff,

Civil 01-751 PAM

v.

**ORDER OF DISMISSAL**

Discover Financial Services, Inc.

Defendant

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 23, 2002

**Senior Judge Paul A. Magnuson**
**United States District Court**

MAR 25 2002
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________